UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STEVEN B. CLARK, | No. 2:18-cv-02013-JDE |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEY FEES AND COSTS |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 26),

IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $5,000.00 under 28 U.S.C. § 2412 and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: March 29, 2019

_____
JOHN D. EARLY
United States Magistrate Judge